IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LINDA IRELAND                                                                                          PLAINTIFF

v.                                  No. 5:09CV00337 JLH

ARKANSAS DEPARTMENT OF CORRECTION;
LARRY B. NORRIS, individually and in his
official capacity as Director of the ADC; and
JAMES T. BANKS, individually and in his official
capacity as Warden of the Tucker Unit                                                       DEFENDANTS

## ORDER

Defendants' motion to extend the motions deadline is GRANTED without objection. The motions deadline is extended up to and including September 21, 2011.

IT IS SO ORDERED this 12th day of September, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE