IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LINDA IRELAND                                                                                    PLAINTIFF

v.                                         No. 5:09CV00337 JLH

ARKANSAS DEPARTMENT OF CORRECTION;
LARRY B. NORRIS, individually and in his
official capacity as Director of the ADC; and
JAMES T. BANKS, individually and in his official
capacity as Warden of the Tucker Unit                                          DEFENDANTS

## ORDER

Defendants' motion for leave to file documents under seal is GRANTED. Document #38.

The defendants may file under seal the exhibits to their motion for summary judgment, the brief in support thereof, and the statement of undisputed material facts.

IT IS SO ORDERED this 19th day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE