**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LINDA IRELAND                                              PLAINTIFF

v.                      No. 5:09CV00337 JLH

ARKANSAS DEPARTMENT OF
CORRECTION; LARRY B. NORRIS,
individually and in his official capacity
as Director; JAMES T. BANKS,
individually and in his official capacity as
Warden of the Tucker Unit                            DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the claims of Linda Ireland that arise under the laws and constitution of the United States are dismissed with prejudice. The claims of Linda Ireland that arise under the laws of the State of Arkansas are dismissed without prejudice.

IT IS SO ORDERED this 21st day of December, 2011.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT COURT